**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Allen Gerard Hollimon v. Valencia Lana Williams

Appellate case number:   01-22-00414-CV

Trial court case number: 2022-23766

Trial court:             280th District Court of Harris County

Appellant, Allen Gerard Hollimon, has filed a notice of appeal of a protective order issued on May 31, 2022. Appellee, Valencia Lana Williams, acting pro se, has filed a motion to dismiss the appeal. The motion is **denied**.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                           Acting individually

Date:  October 6, 2022